# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**BRADFORD C. PANDO,**
Appellant,

v.

**DOUGLAS JUSTER,**
Appellee.

No. 4D22-2508

[June 15, 2023]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Reginald Roy Corlew, Judge; L.T. Case No. 50-2022-SC-011697-XXXX-SB.

Bradford C. Pando, Boynton Beach, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, LEVINE and KUNTZ, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***